STATE OF NORTH CAROLINA v. HARVEY PAUL BYRD, JR. AND RONALD WAYNE SUMMERS

No. 410A88

(Filed 5 April 1989)

APPEAL by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, reported without a published opinion, 91 N.C. App. 170, 371 S.E. 2d 313 (1988), finding no error in defendants' trial by *Phillips, J.,* at the 12 January 1987 Criminal Session of Superior Court, NORTHAMPTON County. Heard in the Supreme Court 15 March 1989.

*Lacy H. Thornburg, Attorney General, by George W. Boylan, Special Deputy Attorney General, for the State.*

*Glover and Petersen, by James R. Glover, for defendant-appellants.*

PER CURIAM.

Affirmed.